UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   FEROZE ALI
         SHABANA SHAHEENEEN ALI

CASE NO.: 3:10-bk-00647-PMG

_____Debtors_____/

## MOTION PURSUANT TO 11 U.S.C. § 1129(B) (CLASS 4 SECURED CLAIM OF BANK OF AMERICA, N.A. – 432 MONET AVENUE, PONTE VEDRA BEACH, FLORIDA)

Debtors in Possession, FEROZE ALI and SHABANA SHAHEENEED ALI, move the Court to Confirm the Plan of Reorganization dated February 4, 2011, notwithstanding the non-acceptance of Class 4 of secured claim of Bank of America, N.A. on the 432 Monet Avenue, Ponte Vedra Beach.

The Debtor in Possession would show that the plan is fair and equitable and does not discriminate against the creditors in Class 4 as an impaired class.

To the extent that Class 4 is secured the creditor shall retain any lien. The Plan also proposed to pay the creditor the value of any secured claim. Class 4 proposed to pay the value of the secured claim on the forklift over a period of 360 months together with interest at the rate of 4.5% in equal monthly installments.

Law Offices of Mickler & Mickler

By: _____
TAYLOR J. KING
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 72049

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof has been furnished to:

United States Trustee
135 W. Central Boulevard, #620
Orlando, FL 32801; and by Certified Mail to

Bank of America, N.A.
c/o Brian T. Moynihan, CEO/President/Managing Agent
101 South Tyron Street
Charlotte, NC 28202

by U.S. Mail, postage prepaid, this 30 day of June, 2011.

Taylor J. King