UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   FEROZE ALI
         SHABANA ALI

                                                    Case No.: 3:10-bk-00647-JAF
            Debtor.
_____/

**REVISED STIPULATION REGARDING AMENDMENT TO CHAPTER 11 PLAN**
**(Revised to Correct Scrivener's Error)**

Creditor, BAC HOME LOANS SERVICING, LP and Debtor in Possession, FEROZE ALI and SHABANA ALI, by and through their undersigned counsel, stipulate as follows:

1) With regard to Class 2, Debtor in Possession will amend the Chapter 11 Plan to provide as follows:

This class consists of the secured claim of BAC HOME LOANS SERVICING, LP on 338 Van Gogh, Jacksonville FL 32204 by virtue of a first mortgage recorded in the Public Records of Duval County FL at OR Book 12412 Page 1662. The Debtor will value this property at the replacement value of $125,000.00. The Debtor will pay the valuation amount as a re-amortized first mortgage, together with interest at the rate of 5.25%, in equal monthly installments over a period of 360 months from the effective date of the Plan or the date the Court orders Adequate Protection to the creditor, whichever is earlier. To the extent that the foregoing mortgage secures an escrowed loan, then the escrow portion of the payment shall be added to the principal/interest amount and calculated in any new payments to be maintained under this Chapter 11 Plan. The P&I payment will be $690.25, together with taxes and insurance of $283.00, for a total monthly payment of approximately $973.25.

Class 2 is impaired by the Plan. Each holder of an allowed Class 2 claim is entitled to vote to accept or reject the Plan. Each holder of an allowed Class 2 Claim shall retain any lien encumbering real property of the Debtor in Possession.

2) To the extent the mortgage lender escrow account was insufficient to meet post-petition escrow expenses and lender advanced funds for post-petition taxes and insurance, Debtor will pay such amounts over 24 months in equal monthly installments.

3) All other terms of the Promissory Note and Mortgage, to the extent not inconsistent with the terms of the Debtor's Chapter 11 Plan or as stated herein, shall remain in full force and effect.

4) The other terms of Debtor's Chapter 11 Plan remain unchanged. The other terms of the Debtor's Chapter 11 Plan shall not be inconsistent with terms of this stipulation.

5) Creditor will withdraw any pending motion for relief from stay, withdraw any objection to confirmation and vote to accept the Debtors' Chapter 11 Plan.

6) The Confirmation Order shall not be recorded in the Public Records of Duval County until after completion of the Debtor's Plan and issuance of the Chapter 11 discharge by the Court.

REVIEWED and CONSENTED TO this 11 day of July, 2011 by:

| Law Offices of Mickler & Mickler | Law Offices Marshall C. Watson |
|---|---|
| Taylor J. King | /s/Antonio Alonso, Esq. |
| Attorney for Debtor | Antonio Alonso |
| Florida Bar No. 72049 | Attorney for Creditor |
| 5452 Arlington Exp. | Florida Bar No. 50335 |
| Jacksonville, FL 32211 | 1800 NW 49th Street, Suite 120 |
| (904) 725-0822 | Fort Lauderdale, FL 33309 |
| tjking@planlaw.com | (954) 453-0365 Ext 1724 |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was forwarded by U.S. Mail and/or CM/ECF delivery to United States Trustee, 135 W. Central Blvd., #620, Orlando, FL 32801 this __11__ day of ~~June~~ July, 2011.

_____
Attorney