ORDERED.

Dated: November 03, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In Re:

FEROZE JINNAH ALI                                              Case No. 3:10-bk-00647-PMG
SHABANA SHAHEENEEN ALI

                                                        Chapter 11

Debtors

_____/

**AGREED ORDER DENYING RELIEF FROM STAY,**
**GRANTING ADEQUATE PROTECTION AND CANCELLING HEARING**

**THIS CASE** came before the court for consideration on the Motion for Relief from the Automatic Stay filed by U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust, (the "Motion"; Docket Entry 128). Being that the parties are in agreement, it is hereby:

**ORDERED:**

1.      The Motion is DENIED.

2.      As required by the Order Confirming Debtor's Plan of Reorganization (the "Confirmation Order"; Docket Entry 106), Debtors shall continue to make the Class 4 monthly

payments of $1,027.03 consisting of principal and interest of $760.03 and escrow of $267 for taxes and insurance, commencing with the payment coming due on November 1, 2016 and the first of each month thereafter as required by the Confirmation Order.

3. Debtors owe a post-petition mortgage arrearage of $16,418.03 to Movant as of October 24, 2016. In addition to making the regular Class 4 payment as outlined in paragraph two (2) above, Debtors shall cure the post-petition arrearage by paying $2,736.33 per month for six (6) months commencing November 1, 2016 and concluding April 1, 2017.

4. Payments shall be made to:

**CALIBER HOME LOANS, INC.**
**P.O. BOX 650856**
**DALLAS, TX 75265-0856**

5. The hearing set for 11/07/2016 is hereby cancelled.

6. In the event Debtor fails to pay as required above, Creditor shall file a notice of default with the bankruptcy court and furnish a copy to Debtor's counsel by e-mail at tjking@planlaw.com. The notice of default shall outline the specific nature of the default.

7. Creditor may submit a proposed order granting relief from stay unless Debtor files a counter-affidavit within seven (7) days of the notice of default, with such counter-affidavit contesting the default or evidencing cure of the default.

REVIEWED and CONSENTED TO on November 2, 2016 by:

| /s/ Stefan Beuge, Esquire | /s/ Taylor J. King |
|---|---|
| Stefan Beuge, Esq., Florida Bar No. 68234 | Taylor J. King Esq. |
| Phelan Hallinan Diamond & Jones, PLLC | Law Offices of Mickler & Mickler |
| 2727 West Cypress Creek Road | 5452 Arlington Expressway |
| Ft. Lauderdale, FL 33309 | Jacksonville, FL 32211 |
| Tel: 954-462-7000 Ext. 56588 | 904-725-0822 |
| Fax: 954-462-7001 | Fax : 904-725-0855 |
| Email: FLMD.bankruptcy@phelanhallinan.com | Email: tjking@planlaw.com |