ORDERED.

**Dated:  January 31, 2017**

Paul M. Glenn
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

FEROZE JINNAH ALI AND
SHABANA SHAHEENEEN ALI,

　　　　Debtors.

_____/

Case No.3:10-bk-00647-PMG

Chapter 11

**AGREED ORDER DENYING STAY RELIEF MOTION AND
GRANTING CURE PAYMENTS IN FAVOR OF PROF-2013-S3 LEGAL
TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION,
AS LEGAL TITLE TRUSTEE [D.E. 149]**

**THIS CASE** was scheduled for hearing on February 13, 2017 pursuant to the *Motion for Relief from Automatic Stay* filed by PROF-2013-S3 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee ("Movant") [D.E. #149]. The Court having been advised that the parties have consented to the terms of this Order, and being otherwise more fully advised in the premises, it is:

**ORDERED:**

1.　　Movant's Motion for Relief from the Automatic Stay is denied. Movant shall remain subject to the terms of the automatic stay imposed by 11 U.S.C. §362, as to its interest in

the real property located at **338 Van Gogh Cir, St Augustine, Florida 32095**, legally described as:

> **Lot 21 Florentine**
> **All or portions of Lots 25, 27 and 29, Block 40, Subdivision of Hilden as recorded in Map Book 3, page 59 of the public records of St. Johns County, Florida, and being more particularly described as follows:**
>
> **For a Point of Reference, commence at the Southwesterly corner of said Block 40: thence North 39° 49' 43" West along the Easterly right of way line of Van Gogh Circle (formerly Old Dixie Highway), a 66 foot right of way per said plat of Subdivision of Hilden, a distance of 310.00 feet to the point of Beginning.**
>
> **From said Point of Beginning, thence continue North 39° 49' 43" West, along said Easterly right of way line, a distance of 60.00 feet; thence North 49° 10' 26" East, departing said Easterly right of way line a distance of 99.99 feet; thence South 39° 49' 48" East, a distance of 60.00 feet; thence South 49° 40' 26" West, a distance of 99.99 feet to the Point of Beginning.**

conditioned upon Debtors' compliance with the terms of this Order.

2.    Movant's Secured Claim shall be paid pursuant to the terms of the Stipulation Re Amendment to Chapter 11 Plan ("Plan") and ("Stipulation"). (*See* Docket No. 83). Pursuant to the Plan and Stipulation, Movant's claim secured by the Property shall be secured in the amount of $125,000.00 amortized over thirty (30) years at 5.25% interest per annum (the "Secured Claim"). (SEE CLASS 2). Principal and Interest Payments in the amount of $690.25 on the Secured Claim were to commence March 2012 and shall continue each month thereafter until the Secured Claim is paid in full.  Further the Plan and Stipulation provided that the Loan shall remain escrowed for real property taxes and hazard insurance.

3.    Debtors shall resume contractual payments of **$1,009.78** ("Contractual Payments") to Movant as of **February 1, 2017** and continuing each month thereafter until the Secured Claim is paid in full pursuant to the terms of the Plan and Stipulation. The current Contractual Payment amount consists of principal and interest of $690.25, a tax impound of $170.03, and an insurance impound of $149.50. The amount of the Contractual Payment is subject to change pursuant to the terms of the Loan.

4.      Debtors shall cure the contractual arrears of $20,007.22 ("Arrears") over nine (9) equal monthly payments of **$2,223.02** each ("Cure Payments"). Cure Payments shall commence on **February 1, 2017** and continue until October 1, 2017, at which time the Arrears shall be paid in full.

5.      Debtors shall send payments directly to the loan servicer at the following address:

> Fay Servicing, LLC
> 939 W. North Ave, Suite 80
> Chicago, IL 60642

All funds submitted pursuant to the terms of this Order must include the mortgagor's account number and the street address of the property securing the mortgage.

6.      In the event Debtor fails to pay as required above, Movant shall file a notice of default with the bankruptcy court and furnish a copy to Debtor's counsel by e-mail at tjking@planlaw.com. The notice of default shall outline the specific nature of the default.

7.      Movant may submit a proposed order granting relief from stay unless Debtor files a counter-affidavit within seven (7) days of the notice of default, with such counter-affidavit contesting the default or evidencing cure of the default.

###

Approved as to form and content on January 30, 2017

| | |
|---|---|
| /s/ Rachel L. Ahlum<br>Rachel L. Ahlum<br>Bar No.: 91291<br>Attorney for Secured Creditor<br>Aldridge Pite, LLP<br>Fifteen Piedmont Center<br>3575 Piedmont Road, N.E., Suite 500<br>Atlanta, GA 30305<br>Phone: (404) 994-7400 | /s/ Taylor J King<br>Taylor J King<br>Bar No.:<br>Attorney for Debtors<br>Law Offices of Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211<br>Phone: (404) 994-7400 |

Attorney Rachel L. Ahlum is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.