**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                              CASE NO: 3:10-bk-00647-PMG
                                                    Chapter 13
FEROZE JINNAH ALI
SHABANA SHAHEENEEN ALI
    Debtors

_____/

**NOTICE OF DEFAULT**

By and through its undersigned counsel, Phelan Hallinan Diamond & Jones, PLLC, U.S. Bank Trust, N.A., as Trustee for Lsf9 Master Participation Trust ("Movant"), its successors and/or assigns hereby files this Notice of Default and states:

1. On January 29, 2010 Debtors filed for relief under Chapter 11 of the Bankruptcy Code.

2. On August 12, 2016 Movant filed a Motion for Relief From Automatic Stay or in the Alternative Motion for Adequate Protection relating to the real property located at 432 Monet Ave Saint Augustine, FL 32095 (DE 128).

3. On November 3, 2016 Movant and Debtors entered into an Agreed Order ("the Order") granting adequate protection payments (DE 145). As outlined in the Order, Debtors were to make monthly payments to Movant in the amount of $2,736.33 from November 1, 2016 through April 1, 2017 in addition the regularly scheduled monthly payments of $1,027.03.

4. As of April 4, 2017 Movant has only received a total of $14,026.41 from the Debtors since the entry of the Order and Debtors are in default a total of $8,554.35.

5. Pursuant to the Order, the Debtors have (seven) 7 days from the filing of this Notice to file a counter-affidavit contesting the default or evidencing cure of default.

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond and Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
Email: FLMD.bankruptcy@phelanhallinan.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                    Case No. 3:10-bk-00647-PMG
                                                                                             Chapter 11

FEROZE JINNAH ALI
SHABANA SHAHEENEEN ALI

**PROOF OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the attached and any applicable

exhibits attached thereto, have been served electronically, or routed for service by U.S. Mail, to

the following:

FEROZE JINNAH ALI
444 MONET AVENUE
PONTE VEDRA, FL 32081

SHABANA SHAHEENEEN ALI
444 MONET AVENUE
PONTE VEDRA, FL 32081

BRYAN K. MICKLER
5452 ARLINGTON EXPRESSWAY
JACKSONVILLE, FL 32211

JILL E KELSO
OFFICE OF THE UNITED STATES TRUSTEE
400 W. WASHINGTON STREET
SUITE 1100
ORLANDO, FL 32801

UNITED STATES TRUSTEE (SERVED ELECTRONICALLY)
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C. YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FLORIDA 32801

Date:   April 11, 2017                                    /s/ Stefan Beuge, Esquire
                                                                                 Stefan Beuge, Esq., Florida Bar No. 68234
                                                                                 Phelan Hallinan Diamond & Jones, PLLC
                                                                                 2727 West Cypress Creek Road
                                                                                  Ft. Lauderdale, FL 33309
                                                                                  Tel: 954-462-7000 Ext. 56588
                                                                                  Fax: 954-462-7001
                                                                                  Email:
                                                                                  FLMD.bankruptcy@phelanhallinan.com

PH # 82075