# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:   **FEROZE ALI**          }      **CASE NUMBER:**
                                  }          **3:10bk00647:PMG**

            **SHABANA ALI**       }

                                  }      **JUDGE**

                                  }

            **DEBTOR.**          }      **CHAPTER 11**

---

## DEBTOR'S  POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
## FOR THE PERIOD
**FROM**    4/1/2018    **TO**    6/30/2018

    Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   7/20/2018

                                    TAYLOR J. KING
                                    Attorney for Debtor

Debtor's Address
and Phone Number:
444 MONET AVENUE
PONTE VEDRA, Fl 3028

Tel. (904)662-7083

Attorney's Address
and Phone Number:

5452 ARLINGTON EXPRESSWAY
JACKSONVILLE, FLORIDA
Tel. (904)725-0822
Fax. (904)725-0855

| QUESTIONNAIRE | | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | | X |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | X | |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | |
|---|---|---|---|
| TYPE of POLICY        and        CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| Auto Insurance \ Geico \ Auto Payment 5/21/2018 | 5/20/18-11/20/18 | $852.32 | |
| Additional Coverage \ Auto 6/20/2018 | 5/20/18-11/20/18 | $570.06 | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

Estimated Date of Filing the Application for Final Decree: _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 20 day of July 2018.

Debtor's Signature

# CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | FEROZE ALI & SHABANA ALI |
| Case Number: | 3:10-bk-00647-PMG |
| Date of Plan Confirmation: 12/15/2011 | |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | Quarterly | Post Confirmation Total |
|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | $ 3,631.01 | $3,631.01 |
| | | | |
| 2. | **INCOME or RECEIPTS during the Period** | $ 21,565.99 | $21,565.99 |
| | | | |
| 3. | **DISBURSEMENTS** | | |
| a. | **Operating Expenses (Fees/Taxes):** | | |
| (i) | U.S. Trustee Quarterly Fees | $ 1,300.00 | $1,300.00 |
| (ii) | Federal Taxes | | |
| (iii) | State Taxes | | |
| (iv) | Other Taxes | | |
| | | | |
| b. | **All Other Operating Expenses:** | $ | |
| | APR. 2018 EXPENSE | $5,028.30 | $5,028.30 |
| | MAY. 2018 EXPENSE | $6,082.50 | $6,082.50 |
| | JUN. 2018 EXPENSE | $5,812.40 | $5,812.40 |
| c. | **Plan Payments:** | | |
| (i) | Administrative Claims | $ | |
| (ii) | Class One | | |
| (iii) | Class Two | | |
| (iv) | Class Three | | |
| (v) | Class Four | | |
| | (Attach additional pages as needed) | | |
| | | | |
| | **Total Disbursements (Operating & Plan)** | $ 18,223.20 | $18,223.20 |
| | | | |
| 1. | **CASH (End of Period)** | $ 6,973.80 | $ 6,973.80 |

# CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #1 APR 2018 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 118253415 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $3,631.01 | | | |
| 2. **ADD:** Deposits not credited | $5,055.83 | | | |
| 3. **SUBTRACT:** Outstanding Checks | $1,218.55 | | | |
| 4. Other Reconciling Items | $4,459.75 | | | |
| 5. **Month End Balance** (Must Agree with Books) | $3,008.54 | | | |
| | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #2 MAY 2018 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 118253415 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $3,008.54 | | | |
| 2. **ADD:** Deposits not credited | $11,244.30 | | | |
| 3. **SUBTRACT:** Outstanding Checks | $102.00 | | | |
| 4. Other Reconciling Items | $6,080.50 | | | |
| 5. **Month End Balance** (Must Agree with Books) | $8,070.34 | | | |
| | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
### Prepare Reconcilation for each Month of the Quarter

| Bank Account Information | Account #3 JUN 2018 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | REGIONS BANK | | | |
| Account Number: | 118253415 | | | |
| Purpose of Account (Operating/Payroll/Tax) | Operating | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1. **Balance per Bank Statement** | $8,070.34 | | | |
| 2. **ADD:** Deposits not credited | $5,265.86 | | | |
| 3. **SUBTRACT:** Outstanding Checks | $1,748.09 | | | |
| 4. Other Reconciling Items | $4,614.31 | | | |
| 5. **Month End Balance** (Must Agree with Books) | $6,973.80 | | | |
| | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br><br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

## CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | REGIONS BANK |
|---|---|
| Account Number | 118253415 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | See Attached Statements 1-16 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

## LIFEGREEN CHECKING
March 13, 2018 through April 10, 2018

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $3,304.46 | Minimum Balance | $973 |
| Deposits & Credits | $4,518.26 + | Average Balance | $2,299 |
| Withdrawals | $4,822.29 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $150.00 − | | |
| **Ending Balance** | **$2,850.43** | | |

### DEPOSITS & CREDITS

| Date | Description | Amount |
|---|---|---|
| 03/20 | Card Credit Enterprise Rent 3405 ST Augustine FL 32092 5867 | 14.66 |
| 03/23 | Bank of America, Bank of Am Shabana Ali | 782.65 |
| 03/23 | Amazon Com Dedc Direct Dep Ali,Feroze J | 800.00 |
| 03/28 | Deposit - Thank You | 500.00 |
| 04/04 | Deposit - Thank You | 840.00 |
| 04/06 | Bank of America, Bank of Am Shabana Ali | 780.95 |
| 04/06 | Amazon Com Dedc Direct Dep Ali,Feroze J | 800.00 |
| | Total Deposits & Credits | $4,518.26 |

### WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 03/13 | Card Purchase LA Biotique Ave 7230 Jacksonville FL 32256 5462 | 12.00 |
| 03/13 | Card Purchase Market Work 206 5814 Renton WA 98057 5867 | 5.34 |
| 03/13 | Suntrust Ln 215 Ivr Pymt Shabana Ali 00002156933315 | 302.75 |
| 03/14 | Card Purchase Market Work 206 5814 Renton WA 98057 5867 | 4.05 |
| 03/14 | Recurring Card Transaction AT&T *payment 4814 800-288-2020 TX 75202 5867 | 69.46 |
| 03/15 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5867 | 2.41 |
| 03/15 | Card Purchase Market Work 206 5814 Renton WA 98057 5867 | 2.68 |
| 03/15 | Card Purchase Market Work 206 5814 Renton WA 98057 5867 | 9.08 |
| 03/15 | Pin Purchase Ck 2721287 5541 Jacksonville FL 5867 | 35.50 |
| 03/15 | Pin Purchase Publix Super M 5411 Saint Johns FL 5867 | 41.99 |
| 03/16 | Card Purchase Pollo Tropical 5814 Jacksonville FL 32218 5867 | 6.41 |
| 03/16 | Card Purchase Market Work 206 5814 Renton WA 98057 5867 | 0.75 |
| 03/16 | Card Purchase Market Work 206 5814 Renton WA 98057 5867 | 4.05 |
| 03/16 | Pin Purchase Ck 2721255 5542 Saint Augustifl 5867 | 13.94 |
| 03/16 | Pin Purchase ST Augustine S 7531 ST Augustine FL 5867 | 100.04 |
| 03/16 | Pin Purchase Gate 1202 5542 Ponte Vedra FL 5867 | 40.61 |
| 03/16 | Pin Purchase Patel Brothers 5411 Jacksonville FL 5462 | 55.75 |
| 03/16 | Pin Purchase Publix Super M 5411 Ponte Vedra FL 5867 | 83.00 |
| 03/19 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5867 | 1.56 |
| 03/19 | Card Purchase Boxed.Com 5411 646-669-8979 Ny 10036 5867 | 202.54 |
| 03/19 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.41 |

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259


FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/19 | Card Purchase Chick-Fil-A  #0  5814 Jacksonville  FL 32256     5867 | 5.03 |
| 03/19 | Card Purchase Coldstone #1819  5814 Jacksonville  FL 32256     5462 | 5.87 |
| 03/19 | Card Purchase Bawarchi Biryan  5812 Jacksonville  FL 32256     5462 | 23.52 |
| 03/19 | Pin Purchase Gate 1202        5542 Ponte Vedra  FL     5462 | 20.80 |
| 03/19 | Card Purchase IN *jc S Daily  5462 Jensen Beach  FL 34957     5462 | 3.75 |
| 03/19 | Card Purchase Udemy Online CO  8299 Httpswww.Udem CA 94107     5867 | 10.99 |
| 03/19 | Card Purchase Biscotti S      5812 Jacksonville  FL 32205     5462 | 40.38 |
| 03/19 | Card Purchase Sweet Pete S Pu  5441 Jacksonville  FL 32206     5462 | 8.83 |
| 03/19 | Card Purchase Vistapr*vistapr  2741 866-8936743  MA 02451     5867 | 63.99 |
| 03/19 | Card Purchase Pei Wei Asian D  5812 Jacksonville  FL 32258     5867 | 4.27 |
| 03/19 | Pin Purchase Cvs/Pharmacy #   5912 Jacksonville FL     5462 | 40.47 |
| 03/19 | Pin Purchase Kitchen Collec  5399 Saint Augustifl     5462 | 71.24 |
| 03/19 | Planet Fit    Club Fees Feroze Ali | 10.70 |
| 03/19 | Synchrony Bank   Cc Pymt Feroze J Ali  601921006309227 | 100.00 |
| 03/19 | Card Purchase Sweet Pete S Pu  5441 Jacksonville  FL 32206     5462 | 3.47 |
| 03/20 | Card Purchase Dtv*directv Ser  4899 800-347-3288  CA 90245     5867 | 102.53 |
| 03/20 | Card Purchase Market Work 206  5814 Renton      WA 98057     5867 | 8.33 |
| 03/20 | Primerica_sh_svs ACH Deposi Ali     Sa | 50.00 |
| 03/20 | Primerica Life  Ins. Prem Ali,Shabana | 65.51 |
| 03/20 | Pin Purchase Target T- 9041  5411 Jacksonville FL     5462 | 36.66 |
| 03/21 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218     5867 | 9.62 |
| 03/21 | Card Purchase Market Work 206  5814 Renton      WA 98057     5867 | 3.19 |
| 03/21 | Card Purchase Ann Huynh Nguye  8042 Jacksonville  FL 32256     5462 | 10.00 |
| 03/22 | Card Purchase Kole Imports    5969 310-8340004  CA 90745     5867 | 255.12 |
| 03/22 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218     5867 | 9.24 |
| 03/22 | Card Purchase Market Work 206  5814 Renton      WA 98057     5867 | 4.05 |
| 03/22 | Quest Diagnostic Lab Tests Feroze J *ali  8468123 | 8.89 |
| 03/22 | Quest Diagnostic Lab Tests Feroze J *ali  8468183 | 46.89 |
| 03/22 | Pin Purchase Gate 1202        5542 Ponte Vedra  FL     5867 | 44.02 |
| 03/22 | Pin Purchase Target T- 9041  8043 Jacksonville  FL     5867 | 168.00 |
| 03/22 | Pin Purchase Trader Joe S #  5411 Jacksonville  FL     5462 | 63.68 |
| 03/23 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218     5867 | 8.66 |
| 03/23 | Card Purchase Market Work 206  5814 Renton      WA 98057     5867 | 1.86 |
| 03/23 | Card Purchase Ann Huynh Nguye  8042 Jacksonville  FL 32256     5867 | 10.00 |
| 03/23 | Pin Purchase Wal-Mart Super  5411 Jacksonville FL     5867 | 26.40 |
| 03/23 | Pin Purchase The UPS Store  7399 Ponte Vedra  FL     5867 | 6.30 |
| 03/26 | Card Purchase Chick-Fil-A  #0  5814 Jacksonville  FL 32256     5462 | 7.71 |
| 03/26 | Card Purchase Subway       0  5814 Jacksonville  FL 32250     5867 | 10.36 |
| 03/26 | Card Purchase Amazon Mktplace  5942 Amzn.Com/Bill WA 98109     5867 | 93.40 |
| 03/26 | Card Purchase Chipotle 2644    5812 Jacksonville  FL 32258     5867 | 17.23 |
| 03/26 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32258     5867 | 6.41 |
| 03/26 | Card Purchase Camicakes Cupca  5462 Jacksonville  FL 32246     5867 | 9.75 |
| 03/26 | Card Purchase H&m0521       5651 Daytona Beach FL 32117     5462 | 7.51 |
| 03/26 | Card Purchase Sunoco 09833179  5542 Daytona Beach FL 32114     5462 | 21.10 |
| 03/26 | Capital One     Online Pmt 8694053953Alif 808339919022730 | 100.00 |
| 03/27 | Card Purchase The Kitchen Col  5719 Daytona Beach FL 32117     5462 | 10.72 |
| 03/27 | Card Purchase Market Work 206  5814 Renton      WA 98057     5867 | 1.87 |
| 03/27 | Card Purchase Tmobile Postpai  4814 800-937-8997  WA 98006     5867 | 463.63 |
| 03/27 | EB to Checking # 0251043947 Ref# 000000 8642999 | 100.00 |
| 03/28 | Card Purchase Market Work 206  5814 Renton      WA 98057     5867 | 5.13 |

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

ACCOUNT #          0118253415

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 04 |
| Page | 0 |
| | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 03/28 | Pin Purchase The UPS Store   7399 Jacksonville FL        5867 | 10.62 |
| 03/28 | Pin Purchase Winn-Dixie  #  5411 Jacksonville FL        5867 | 9.07 |
| 03/28 | Pin Purchase Ta Jacksonvill  5542 Jacksonville FL        5867 | 47.00 |
| 03/28 | Pin Purchase Bjs Wholesale   5300 Jacksonville FL        5462 | 259.17 |
| 03/29 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218    5867 | 6.41 |
| 03/29 | Card Purchase Market Work 206  5814 Renton        WA 98057    5867 | 2.13 |
| 03/30 | Card Purchase Hardee S 150560  5814 Jacksonville  FL 32218    5867 | 10.59 |
| 04/02 | Card Purchase Market Work 206  5814 Renton        WA 98057    5867 | 4.27 |
| 04/02 | Card Purchase Wendy S #159    5814 Ponte Vedra  FL 32081    5867 | 18.81 |
| 04/02 | Card Purchase Amazon Video On  5818 Amzn.Com/bill WA 98109    5462 | 3.28 |
| 04/02 | Card Purchase Bojangles 1005  5814 Jacksonville  FL 32216    5867 | 31.02 |
| 04/02 | Primerica_sh_svs ACH Deposi Ali        Fe | 25.00 |
| 04/03 | Pin Purchase Circle K # 212  5542 Jacksonville FL        5462 | 23.30 |
| 04/04 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 6.41 |
| 04/04 | Card Purchase Chipotle 1992  5814 Jacksonville  FL 32218    5867 | 7.33 |
| 04/04 | AMEX Epayment   ACH Pmt Shabana Ali   W8240 | 100.00 |
| 04/04 | Paypal Credit   Cons Drs Shabana Ali   G0463638148 | 140.88 |
| 04/04 | Pin Purchase Wm Superc Wal-  5411 Jacksonville FL        5867 | 18.02 |
| 04/04 | Pin Purchase Shell Service   5542 Jacksonville FL        5867 | 56.66 |
| 04/04 | Pin Purchase The UPS Store   7399 Ponte Vedra  FL        5867 | 4.85 |
| 04/05 | Card Purchase Market Work 206  5814 Renton        WA 98057    5867 | 1.00 |
| 04/06 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 9.62 |
| 04/06 | Card Purchase Market Work 206  5814 Renton        WA 98057    5867 | 3.19 |
| 04/06 | Fpl Direct Debit Elec Pymt Feroze Ali   8531500232 Webi | 82.41 |
| 04/06 | Pin Purchase Gate 1199        5542 Jacksonville FL        5462 | 21.70 |
| 04/06 | Pin Purchase Target T- 9041  5411 Jacksonville FL        5462 | 9.62 |
| 04/09 | Card Purchase Bento Cafe Sout  5812 Jacksonville  FL 32246    5462 | 20.33 |
| 04/09 | Card Purchase Camicakes Cupca  5462 Jacksonville  FL 32246    5462 | 9.75 |
| 04/09 | Card Purchase Teriyaki 1 Ha H  5812 Saint Augusti  FL 32095    5867 | 29.90 |
| 04/09 | Pin Purchase Nuri Fashions   5691 Orlando        FL        5867 | 73.49 |
| 04/09 | Card Purchase The Bakery Plac  5462 Orlando        FL 32835    5462 | 23.25 |
| 04/09 | Card Purchase Singhs Roti Res  5812 Orlando        FL 32811    5462 | 58.30 |
| 04/09 | Card Purchase The Bakery Plac  5462 Orlando        FL 32835    5462 | 4.50 |
| 04/09 | Card Purchase Caribbean Super  5411 Orlando        FL 32808    5462 | 13.49 |
| 04/09 | Pin Purchase Caribbean Supe   5411 Orlando        FL        5867 | 67.34 |
| 04/09 | Pin Purchase Cvs/Pharm 0369   5912 Orlando        FL        5867 | 4.22 |
| 04/09 | Card Purchase Nyx Florida Mal  5977 Orlando        FL 32809    5462 | 22.90 |
| 04/09 | Pin Purchase Sirens #6212 8   5699 Orlando        FL        5462 | 11.18 |
| 04/09 | Pin Purchase Garage 360 800   5631 Orlando        FL        5462 | 10.65 |
| 04/09 | Pin Purchase 0793 Forever 2   5621 Orlando        FL        5462 | 38.02 |
| 04/09 | Card Purchase Red Lobster 083  5812 Orlando        FL 32809    5462 | 119.85 |
| 04/09 | Pin Purchase Orange Blossom   5542 Orlando        FL        5867 | 36.00 |
| 04/09 | Jcpenney Cc   Jcptelpay 60088914 1560067161N | 52.88 |
| 04/09 | Pin Purchase USPS PO 117665   9402 Ponte Vedra Bfl        5867 | 3.75 |
| 04/10 | Card Purchase Market Work 206  5814 Renton        WA 98057    5867 | 6.73 |
| 04/10 | ATM Withdrawal Regions        CO RD 210 Bra Jacksonville FL F2970    5867 | 100.00 |

Total Withdrawals          $4,822.29

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

ACCOUNT #　0118253415

| | |
|---|---|
| Cycle | 092 |
| Enclosures | 04 |
| Page | 0 |
| | 4 of 4 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 03/13 | 2689 | 50.00 | 04/06 | 6248 * | 100.00 |
| | | | | Total Checks | $150.00 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/13 | 2,934.37 | 03/22 | 973.76 | 04/02 | 1,721.00 |
| 03/14 | 2,860.86 | 03/23 | 2,503.19 | 04/03 | 1,697.70 |
| 03/15 | 2,769.20 | 03/26 | 2,229.72 | 04/04 | 2,203.55 |
| 03/16 | 2,464.65 | 03/27 | 1,653.50 | 04/05 | 2,202.55 |
| 03/19 | 1,844.83 | 03/28 | 1,822.51 | 04/06 | 3,556.96 |
| 03/20 | 1,596.46 | 03/29 | 1,813.97 | 04/09 | 2,957.16 |
| 03/21 | 1,573.65 | 03/30 | 1,803.38 | 04/10 | 2,850.43 |

**AS OF APRIL 27, 2018, THERE IS A
CHANGE TO THE ORDER IN WHICH
WE POST DEBIT TRANSACTIONS TO
YOUR ACCOUNT. PLEASE VISIT
REGIONS.COM/POSTINGORDER
OR YOUR BRANCH FOR DETAILS.**

For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)

For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Ian Macdonald, NMLS 546443　, at (904)824-2138 or online at
www.regionsmortgage.com/ianmacdonald.

For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.



Thank You For Banking With Regions!
2017 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259


FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

## LIFEGREEN CHECKING
### April 11, 2018 through May 10, 2018

### SUMMARY

| | | | |
|---|---|---|---|
| **Beginning Balance** | $2,850.43 | Minimum Balance | $661 |
| Deposits & Credits | $12,397.05 + | Average Balance | $3,597 |
| Withdrawals | $5,652.98 − | | |
| Fees | $0.00 − | | |
| Automatic Transfers | $0.00 + | | |
| Checks | $1,218.55 − | | |
| **Ending Balance** | **$8,375.95** | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/11 | Watson Realty   041018 Jax Feroze Ali | 1,065.00 |
| 04/20 | Bank of America, Bank of Am Shabana Ali | 769.88 |
| 04/20 | Amazon Com Dedc  Direct Dep Ali,Feroze J | 800.00 |
| 05/02 | Cashback       Rewards Cashback Rewar | 0.82 |
| 05/04 | Amazon Com Dedc  Direct Dep Ali,Feroze J | 711.09 |
| 05/04 | Bank of America, Bank of Am Shabana Ali | 748.26 |
| 05/04 | IRS  Treas 310    Tax Ref Ali, Feroze J | 7,012.00 |
| 05/08 | Deposit - Thank You | 120.00 |
| 05/09 | Watson Realty   050818 Jax Feroze Ali | 1,170.00 |
| | Total Deposits & Credits | $12,397.05 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/11 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218   5867 | 7.91 |
| 04/11 | Card Purchase Market Work 206  5814 Renton     WA 98057   5867 | 2.82 |
| 04/11 | Recurring Card Transaction AT&T  *payment 4814 800-288-2020  TX 75202   5867 | 69.46 |
| 04/11 | Suntrust Ln 215  Ivr Pymt Shabana Ali   00002156933315 | 302.75 |
| 04/11 | Pin Purchase Gate 1202      5542 Ponte Vedra  FL      5867 | 46.01 |
| 04/11 | Pin Purchase Wal-Mart #4444  5411 Jacksonville FL      5462 | 68.68 |
| 04/12 | Card Purchase Boxed.Com     5411 646-669-8979  Ny 10036   5867 | 101.33 |
| 04/12 | Card Purchase Market Work 206  5814 Renton     WA 98057   5867 | 8.43 |
| 04/12 | Card Purchase ST-Johns-Cnty-U  4900 904-209-2700  FL 32084   5867 | 120.41 |
| 04/12 | Card Purchase Sjc - Utilities  4900 904-209-2700  FL 32084   5867 | 100.00 |
| 04/12 | Pin Purchase Wm Superc Wal-  5411 Jacksonville FL      5867 | 21.22 |
| 04/13 | Card Purchase Market Work 206  5814 Renton     WA 98057   5867 | 1.06 |
| 04/13 | Card Purchase Microsoft  *st 4816 800-642-7676  WA 98052   5867 | 99.99 |
| 04/13 | Pin Purchase Target T- 9041  5411 Jacksonville FL      5462 | 10.16 |
| 04/16 | Card Purchase Www.Cvs.Com     5912 888-607-4287  IN 46219   5867 | 113.45 |
| 04/16 | Card Purchase Chick-Fil-A  #0  5814 Jacksonville  FL 32256   5462 | 8.39 |
| 04/16 | Card Purchase Bed Bath & Beyo  5719 615-111-1111  NJ 07512   5867 | 114.71 |
| 04/16 | Card Purchase Sq *kruylim Pro  5411 Jacksonville  FL 32246   5462 | 11.56 |
| 04/16 | Card Purchase Sq *phala Leng  5499 Jacksonville  FL 32246   5462 | 12.51 |

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259


FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018


ACCOUNT #          0118253415

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 04/16 | Card Purchase Sq *kruylim Pro 5411 Jacksonville FL 32246    5462 | 8.00 |
| 04/16 | Pin Purchase Apna Bazar 107  5411 Jacksonville FL     5462 | 48.78 |
| 04/16 | Pin Purchase Rowe S lga II  5411 Jacksonville FL     5462 | 22.55 |
| 04/16 | Card Purchase Bawarchi Biryan  5812 Jacksonville  FL 32256    5462 | 27.80 |
| 04/16 | Card Purchase As Seen On TV P  5331 Jacksonville  FL 32256    5867 | 10.69 |
| 04/16 | Card Purchase Publix Super M  5411 Jacksonville FL     5867 | 23.25 |
| 04/16 | Pin Purchase Circle K # 212  5542 Jacksonville FL     5462 | 21.65 |
| 04/17 | Card Purchase B2P*florida Kid  6300 904-421-7220  FL 32301    5867 | 21.20 |
| 04/17 | Card Purchase Dtv*directv Ser  4899 800-347-3288  CA 90245    5867 | 246.83 |
| 04/17 | Planet Fit    Club Fees Feroze Ali | 10.70 |
| 04/17 | Pin Purchase Gate 1202       5542 Ponte Vedra  FL     5867 | 48.01 |
| 04/18 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 6.41 |
| 04/19 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218    5867 | 6.41 |
| 04/19 | Card Purchase Citibank, N.A./ 6012 904-6627083   SD 57104    5867 | 100.00 |
| 04/20 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218    5867 | 12.18 |
| 04/20 | Primerica_sh_svs ACH Deposi Ali     Sa | 50.00 |
| 04/20 | Primerica Life  Ins. Prem Ali,Shabana | 65.51 |
| 04/20 | Dell Preferred  Online Pmt Feroze Ali | 100.00 |
| 04/23 | Card Purchase Chick-Fil-A  #0  5814 Jacksonville  FL 32256    5462 | 8.71 |
| 04/23 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5867 | 4.82 |
| 04/23 | Card Purchase Amazon.Com Amzn  5942 Amzn.Com/Bill WA 98109    5867 | 68.43 |
| 04/23 | Card Purchase Olive Garden 00  5812 Jacksonville  FL 32256    5462 | 84.06 |
| 04/23 | Pin Purchase Gate 1202       5542 Ponte Vedra  FL     5462 | 21.50 |
| 04/23 | Card Purchase Tg Jacksonville  5812 Jacksonville  FL 32246    5462 | 82.49 |
| 04/23 | Pin Purchase Ta Jacksonvill  5542 Jacksonville FL     5867 | 39.49 |
| 04/23 | Wells Fargo Card Ccpymt Ali Feroze   90753347261744 | 137.00 |
| 04/24 | Card Purchase Amazon Mktplace  5942 Amzn.Com/Bill WA 98109    5867 | 22.98 |
| 04/24 | Belk Creditcard  Blktelpay 60458315 1571572425N | 100.00 |
| 04/25 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218    5867 | 12.18 |
| 04/25 | Capital One    Mobile Pmt 8694053953Alif 811439809020528 | 100.00 |
| 04/25 | Pin Purchase USPS PO 117665  9402 Ponte Vedra Bfl     5867 | 3.75 |
| 04/26 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5462 | 2.41 |
| 04/26 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 9.62 |
| 04/27 | Card Purchase Shoes.Com       5661 888-200-8414  MA 02109    5867 | 44.72 |
| 04/27 | Card Purchase Market Work 206  5814 Renton      WA 98057    5867 | 1.06 |
| 04/27 | Card Purchase Market Work 206  5814 Renton      WA 98057    5867 | 9.17 |
| 04/27 | Card Purchase Shoes.Com       5661 888-200-8414  MA 02109    5867 | 40.97 |
| 04/27 | Pin Purchase Circle K # 212  5542 Jacksonville FL     5462 | 21.22 |
| 04/30 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5462 | 2.41 |
| 04/30 | Card Purchase Chick-Fil-A  #0  5814 Jacksonville  FL 32256    5867 | 8.88 |
| 04/30 | Recurring Card Transaction Amazonprime Mem  5968 amzn.com/prme WA 98109    5867 | 100.33 |
| 04/30 | Card Purchase Teriyaki 1 Ha H  5812 Saint Augusti FL 32095    5867 | 20.44 |
| 04/30 | Card Purchase Chili S 1174 Ec  5812 olo.com      FL 32258    5867 | 70.57 |
| 04/30 | Pin Purchase Walgreens Stor  5912 Jacksonville FL     5867 | 15.81 |
| 04/30 | Synchrony Bank  Cc Pymt Feroze J Ali  6019210006309227 | 52.00 |
| 04/30 | Pin Purchase Shell Service  5542 Jacksonville FL     5867 | 50.01 |
| 05/01 | Card Purchase Legalzoom.com   8111 888-3100151  CA 91203    5867 | 138.75 |
| 05/01 | Primerica_sh_svs ACH Deposi Ali     Fe | 25.00 |
| 05/01 | Pin Purchase Wal-Mart #4444  5411 Jacksonville FL     5867 | 81.02 |
| 05/02 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 6.41 |

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259


FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018


ACCOUNT #          0118253415

| | |
|---|---|
| Cycle | 092 |
| | 04 |
| Enclosures | 0 |
| Page | 3 of 4 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/02 | Pin Purchase Gate 1202      5542 Ponte Vedra FL      5462 | 25.25 |
| 05/02 | Pin Purchase Gate 1202      5541 Ponte Vedra FL      5462 | 9.47 |
| 05/03 | Card Purchase Arbys #7750 Jac  5814 Jacksonville  FL 32218    5867 | 10.15 |
| 05/03 | Card Purchase Market Work 206  5814 Renton     WA 98057    5867 | 1.06 |
| 05/03 | Pin Purchase Wal-Mart Super  5411 Jacksonville FL      5867 | 27.34 |
| 05/03 | Pin Purchase Circle K # 148  5541 Jacksonville FL      5867 | 7.70 |
| 05/03 | Pin Purchase Goodyear      7538 ST Johns    FL   5867 | 175.18 |
| 05/03 | Pin Purchase Bath & Body Wo  5999 Jacksonville FL      5462 | 13.35 |
| 05/04 | Card Purchase Pei Wei Asian D  5812 Jacksonville  FL 32258    5867 | 13.03 |
| 05/04 | Card Purchase Market Work 206  5814 Renton     WA 98057    5867 | 4.54 |
| 05/04 | Card Purchase Teriyaki 1 Ha H  5812 Saint Augusti FL 32095    5462 | 25.22 |
| 05/04 | Harland Clarke  Chk Orders Feroze J Ali | 80.00 |
| 05/04 | ATM Withdrawal Regions      CO RD 210 Bra Jacksonville FL F2970      5867 | 400.00 |
| 05/04 | Pin Purchase Winn-Dixie  #  5411 Jacksonville FL      5867 | 41.86 |
| 05/04 | Pin Purchase Shell Service  5542 Jacksonville FL      5867 | 45.00 |
| 05/07 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5462 | 2.41 |
| 05/07 | Card Purchase Chipotle 2644  5812 Jacksonville  FL 32258    5462 | 27.82 |
| 05/07 | Card Purchase Mdc Transit Sfr  9399 Miami    FL 33136    5462 | 5.00 |
| 05/07 | Card Purchase G-Miami Food Ai  5812 Miami     FL 33299    5462 | 11.66 |
| 05/07 | Card Purchase Dunkin #350098  5814 ST Johns    FL 32259    5867 | 12.31 |
| 05/07 | Card Purchase Boston Market 0  5814 Hollywood    FL 33021    5867 | 32.29 |
| 05/07 | Pin Purchase Hollywood Mara  5542 Hollywood    FL      5867 | 48.01 |
| 05/07 | AMEX Epayment   ACH Pmt Shabana Ali   W8056 | 252.46 |
| 05/08 | Card Purchase McDonald S F319  5814 Jacksonville  FL 32218    5867 | 8.02 |
| 05/08 | Fpl Direct Debit Elec Pymt Feroze Ali    8531500232 Webi | 124.95 |
| 05/08 | Florida State CO Fscjpaymnt Feroze ali    Opu368246 | 418.80 |
| 05/08 | Pin Purchase Circle K # 148  5541 Jacksonville FL      5867 | 15.30 |
| 05/08 | Pin Purchase Ta Jacksonvill  5542 Jacksonville FL      5867 | 45.00 |
| 05/09 | Card Purchase B2P*florida Kid  6300 904-421-7220  FL 32301    5867 | 21.20 |
| 05/09 | Suntrust Ln 215  Ivr Pymt Shabana Ali   00002156933315 | 302.75 |
| 05/10 | Card Purchase Market Work 206  5814 Renton     WA 98057    5867 | 8.82 |
| | **Total Withdrawals** | **$5,652.98** |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 04/19 | 639 | 400.00 | 05/07 | 6249 * | 100.00 |
| 04/27 | 640 | 650.00 | 04/13 | 7533 * | 68.55 |
| | | | | Total Checks | $1,218.55 |

\* Break In Check Number Sequence.

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

ACCOUNT #        0118253415

|  |  |
|---|---|
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 4 of 4 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/11 | 3,417.80 | 04/23 | 2,519.44 | 05/03 | 661.05 |
| 04/12 | 3,066.41 | 04/24 | 2,396.46 | 05/04 | 8,522.75 |
| 04/13 | 2,886.65 | 04/25 | 2,280.53 | 05/07 | 8,030.79 |
| 04/16 | 2,463.31 | 04/26 | 2,268.50 | 05/08 | 7,538.72 |
| 04/17 | 2,136.57 | 04/27 | 1,501.36 | 05/09 | 8,384.77 |
| 04/18 | 2,130.16 | 04/30 | 1,180.91 | 05/10 | 8,375.95 |
| 04/19 | 1,623.75 | 05/01 | 936.14 | | |
| 04/20 | 2,965.94 | 05/02 | 895.83 | | |

**THE REGIONS DEPOSIT AGREEMENT IS REVISED
06-01-18. CHANGES RELATE TO ARBITRATION,
CASH WITHDRAWALS VIA CHECK, COMMUNI-
CATIONS CONSENT, ELECTRONICALLY CREATED
ITEMS, TRANSACTION PROCESSING/POSTING,
CRYPTOCURRENCY, BENEFICIAL OWNERSHIP,
FUNDS AVAILABILITY, AND ELECTRONIC FUNDS
TRANSFER. FOR A COPY OF THE CHANGES,
PLEASE VISIT ANY BRANCH OR GO TO
REGIONS.COM/AGREEMENTS.**

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Ian Macdonald, NMLS 546443        , at (904)824-2138 or online at
www.regionsmortgage.com/ianmacdonald.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for Home Equity loans call 1- 800-231-7493.**



Thank You For Banking With Regions!
2017 Regions Bank Member FDIC. All loans subject to credit approval.

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

| ACCOUNT # | 0118253415 |
|---|---|
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
May 11, 2018 through June 11, 2018

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | $8,375.95 | | Minimum Balance | $5,712 |
| Deposits & Credits | $3,145.11 + | | Average Balance | $7,201 |
| Withdrawals | $5,699.81 − | | | |
| Fees | $2.50 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $106.20 − | | | |
| **Ending Balance** | **$5,712.55** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 05/18 | Amazon Com Dedc  Direct Dep Ali,Feroze J | 709.43 |
| 05/18 | Bank of America, Bank of Am Shabana Ali | 772.70 |
| 06/01 | Bank of America, Bank of Am Shabana Ali | 760.45 |
| 06/01 | Amazon Com Dedc  Direct Dep Ali,Feroze J | 800.00 |
| 06/08 | Watson Realty   060718 Jax Feroze Ali | 102.53 |
| | Total Deposits & Credits | $3,145.11 |

### WITHDRAWALS

| | | |
|---|---|---|
| 05/11 | Card Purchase Pei Wei Asian D  5812 Jacksonville  FL 32258   5867 | 25.70 |
| 05/11 | PIN Purchase Vans #114    5661 ST. Augustin FL        5867 | 79.84 |
| 05/14 | Card Purchase Tmobile Postpai  4814 800-937-8997  WA 98006   5867 | 229.46 |
| 05/14 | Card Purchase Pizzalley S Chi  5812 Saint Augusti FL 32084   5867 | 58.89 |
| 05/14 | PIN Purchase Bjs Wholesale  5300 Jacksonville FL      5867 | 233.75 |
| 05/14 | PIN Purchase Wal-Mart Super  5411 Jacksonville FL      5462 | 50.54 |
| 05/14 | PIN Purchase Wal-Mart #4444   5411 Jacksonville FL     5867 | 18.98 |
| 05/14 | PIN Purchase Circle K # 212  5542 Jacksonville FL     5462 | 21.75 |
| 05/15 | Card Purchase Walmart Grocery  5411 800-966-6546  AR 72716   5867 | 33.31 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)
or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your
Mortgage Loan Originator, Ian MacDonald, NMLS 546443, at (904)824-2138
or online at www.regionsmortgage.com/ianmacdonald.**

**For payment and other information about your existing mortgage loan, contact Mortgage
Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**

 **Thank You For Banking With Regions!**
2018 Regions Bank Member FDIC. All loans subject to credit approval.

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

**ACCOUNT #**  **0118253415**

| | |
|---|---|
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 05/15 | Recurring Card Transaction AT&T *Payment 4814 800-288-2020 TX 75202 5867 | 69.46 |
| 05/15 | PIN Purchase Ta Jacksonvill 5542 Jacksonville FL 5867 | 50.01 |
| 05/16 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.63 |
| 05/16 | Card Purchase Zaxby S #15501 5814 Jacksonville FL 32218 5867 | 9.62 |
| 05/17 | Planet Fit Club Fees Feroze Ali | 10.70 |
| 05/17 | Goodyear Online Pmt Feroze Ali 122639085548171 | 100.00 |
| 05/18 | Card Purchase Jax Cafe 1 5814 Jacksonville FL 32256 5462 | 1.27 |
| 05/18 | Card Purchase Papa John S #45 5814 904-641-7210 FL 32095 5462 | 18.04 |
| 05/18 | PIN Purchase 3532 Forever 2 5621 Jacksonville FL 5462 | 34.03 |
| 05/21 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.63 |
| 05/21 | Card Purchase Buffalo Wild WI 5812 Jacksonville FL 32256 5462 | 25.34 |
| 05/21 | Card Purchase Teriyaki 1 Ha H 5812 Saint Augusti FL 32095 5462 | 23.51 |
| 05/21 | PIN Purchase Walgreens Stor 5912 Jacksonville FL 5462 | 3.29 |
| 05/21 | PIN Purchase Wm Superc Wal- 5411 Jacksonville FL 5867 | 24.96 |
| 05/21 | Primerica01 ACH Deposi Ali Sa | 50.00 |
| 05/21 | Primerica Life Ins. Prem Ali,Shabana | 65.51 |
| 05/21 | Geico Prem Coll Feroze J Ali | 852.32 |
| 05/22 | Dell Preferred Online Pmt Feroze Ali | 100.00 |
| 05/22 | Belk Creditcard Blktelpay 60458315 1593128482N | 111.01 |
| 05/22 | PIN Purchase Ta Jacksonvill 5542 Jacksonville FL 5867 | 50.00 |
| 05/23 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.63 |
| 05/23 | Card Purchase Skechers-USA #6 5964 3109371342 CA 90266 5867 | 48.46 |
| 05/23 | Card Purchase Skechers-USA #6 5964 3109371342 CA 90266 5867 | 63.37 |
| 05/23 | ST-Johns-County Util-Pmnts Vocantas *Ivr 5962216 | 103.44 |
| 05/24 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.63 |
| 05/24 | Card Purchase Kole Imports 5969 310-8340004 CA 90745 5867 | 347.78 |
| 05/25 | Card Purchase Zaxby S #15501 5814 Jacksonville FL 32218 5867 | 9.62 |
| 05/25 | Capital One Mobile Pmt Feroze J Ali | 200.00 |
| 05/25 | ATM Withdrawal Regions CO RD 210 Bra Jacksonville FL F2970 5867 | 100.00 |
| 05/25 | PIN Purchase Winn-Dixie # 5411 Jacksonville FL 5867 | 50.17 |
| 05/25 | PIN Purchase Wal-Mart Super 5411 Fruit Cove FL 5867 | 68.19 |
| 05/29 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.63 |
| 05/29 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 4.38 |
| 05/29 | Card Purchase Chipotle 2644 5812 Jacksonville FL 32258 5867 | 26.75 |
| 05/29 | Card Purchase Circle K # 2128 5541 Jacksonville FL 32256 5462 | 20.00 |
| 05/29 | Card Purchase Bawarchi Biryan 5812 Jacksonville FL 32256 5462 | 14.96 |
| 05/29 | Card Purchase Panera Bread #6 5812 314-984-3970 FL 32220 5867 | 38.65 |
| 05/29 | PIN Purchase Ta Jacksonvill 5542 Jacksonville FL 5867 | 52.00 |
| 05/29 | PIN Purchase Wm Superc Wal- 5411 Jacksonville FL 5867 | 38.62 |
| 05/30 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109 5462 | 33.42 |
| 05/30 | Card Purchase Wm Superc Wal- 5411 Jacksonville FL 5462 | 29.12 |
| 06/01 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109 5462 | 5.10 |
| 06/01 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109 5867 | 32.76 |
| 06/01 | Card Purchase Sq *Aa Service 1711 Jacksonville FL 32258 5867 | 299.00 |
| 06/01 | Primerica01 ACH Deposi Ali Fe | 25.00 |
| 06/04 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.41 |
| 06/04 | Card Purchase Amazon Mktplace 5942 Amzn.Com/Bill WA 98109 5867 | 31.36 |
| 06/04 | Card Purchase Amazon.Com Amzn 5942 Amzn.Com/Bill WA 98009 5867 | 28.63 |
| 06/04 | Card Purchase Papa John S #45 5814 904-641-7210 FL 32095 5867 | 36.78 |
| 06/04 | Card Purchase Circle K # 2128 5541 Jacksonville FL 32256 5462 | 22.99 |
| 06/04 | Card Purchase Starbucks C Jax 5814 Jacksonville FL 32218 5462 | 2.32 |
| 06/04 | Card Purchase Mdc Transit Sfr 9399 Miami FL 33136 5462 | 5.00 |
| 06/04 | Card Purchase Pei Wei Asian D 5812 Jacksonville FL 32258 5867 | 19.22 |
| 06/04 | Card Purchase Uber Trip 3OD 4121 Help.Uber.Com CA 94105 5462 | 6.45 |

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

**ACCOUNT #**   **0118253415**

| | |
|---|---|
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/04 | ATM Withdrawal F 2ND Floor Br 4200 NW 36 ST Miami FL NH042818 5462 | 103.00 |
| 06/04 | AMEX Epayment ACH Pmt Shabana Ali | 100.00 |
| 06/04 | PIN Purchase Ck 2721287 5542 Jacksonville FL 5867 | 52.01 |
| 06/05 | Card Purchase Mia Air Margari 5812 Miami FL 33122 5462 | 16.99 |
| 06/05 | Card Purchase Guava & Java 5814 Miami FL 33101 5462 | 9.90 |
| 06/06 | PIN Purchase Lowe S #2472 5200 Jacksonville FL 5867 | 36.31 |
| 06/07 | Card Purchase Clarion Inn and 3687 Miami Springs FL 33166 5462 | 46.60 |
| 06/07 | Fpl Direct Debit Elec Pymt Feroze Ali 8531500232 Webi | 81.07 |
| 06/08 | Card Purchase Arbys #7750 Jac 5814 Jacksonville FL 32218 5867 | 8.54 |
| 06/08 | PIN Purchase Fishermans Doc 5422 Jacksonville FL 5462 | 31.81 |
| 06/08 | PIN Purchase Wal-Mart Super 5411 Fruit Cove FL 5867 | 107.21 |
| 06/08 | ATM Withdrawal Regions CO RD 210 Bra Jacksonville FL F2970 5867 | 200.00 |
| 06/08 | PIN Purchase Circle K # 149 5542 Jacksonville FL 5867 | 45.67 |
| 06/11 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.41 |
| 06/11 | Card Purchase Arbys #7750 Jac 5814 Jacksonville FL 32218 5867 | 11.75 |
| 06/11 | Card Purchase Starbucks Store 5814 Jacksonville FL 32256 5462 | 2.41 |
| 06/11 | Card Purchase Chipotle 1181 5814 Jacksonville FL 32223 5462 | 19.43 |
| 06/11 | Card Purchase Krispy Kreme #1 5814 Jacksonville FL 32205 5462 | 9.99 |
| 06/11 | PIN Purchase Gate 1202 5542 Ponte Vedra FL 5462 | 25.35 |
| 06/11 | Card Purchase Bowl of Pho 5812 Jacksonville FL 32256 5462 | 13.72 |
| 06/11 | Card Purchase Uber Trip Vxj 4121 Help.Uber.Com CA 94105 5462 | 8.62 |
| 06/11 | PIN Purchase T-Mobile #2953 4812 Jacksonville FL 5462 | 87.07 |
| 06/11 | Card Purchase Tmobile*Postpai 4814 800-937-8997 WA 98006 5867 | 225.45 |
| 06/11 | PIN Purchase Am Eagle Otfit 5691 Jacksonville FL 5462 | 21.36 |
| 06/11 | Suntrust Ln 215 Ivr Pymt Shabana Ali 00002156933315 | 302.75 |
| | Total Withdrawals | $5,699.81 |

## FEES

| Date | Description | Amount |
|---|---|---|
| 06/04 | Other Bank ATM Withdrawal Fee | 2.50 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/07 | 654 | 4.20 | 05/14 | 9726 * | 2.00 |
| 06/05 | 6250 * | 100.00 | | | |
| | | | | Total Checks | $106.20 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 05/11 | 8,270.41 | 05/16 | 7,490.01 | 05/21 | 7,760.54 |
| 05/14 | 7,655.04 | 05/17 | 7,379.31 | 05/22 | 7,499.53 |
| 05/15 | 7,502.26 | 05/18 | 8,808.10 | 05/23 | 7,281.63 |

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

**ACCOUNT #**    0118253415

|  | |
|---|---|
|  | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 4 of 5 |

## DAILY BALANCE SUMMARY (CONTINUED)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/24 | 6,931.22 | 06/01 | 7,441.30 | 06/07 | 6,733.56 |
| 05/25 | 6,503.24 | 06/04 | 7,028.63 | 06/08 | 6,442.86 |
| 05/29 | 6,305.25 | 06/05 | 6,901.74 | 06/11 | 5,712.55 |
| 05/30 | 6,242.71 | 06/06 | 6,865.43 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**You may save a considerable amount of money by
refinancing your mortgage. If you haven't checked it out,
call your PFS officer for Regions' low rates today!**

**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

## ACCOUNT #  0118253415

| | |
|---|---|
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 1 of 5 |

## LIFEGREEN CHECKING
June 12, 2018 through July 11, 2018

## SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | $5,712.55 | | Minimum Balance | $3,104 |
| Deposits & Credits | $4,465.98 + | | Average Balance | $4,778 |
| Withdrawals | $4,713.85 − | | | |
| Fees | $0.00 − | | | |
| Automatic Transfers | $0.00 + | | | |
| Checks | $1,843.89 − | | | |
| **Ending Balance** | **$3,620.79** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 06/15 | Deposit - Thank You | 480.00 |
| 06/15 | Bank of America, Bank of Am Shabana Ali | 759.88 |
| 06/15 | Amazon Com Dedc  Direct Dep Ali,Feroze J | 800.00 |
| 06/29 | Bank of America, Bank of Am Shabana Ali | 763.00 |
| 06/29 | Amazon Com Dedc  Direct Dep Ali,Feroze J | 800.00 |
| 07/11 | Watson Realty    071018 Jax Feroze Ali | 863.10 |
| | Total Deposits & Credits | $4,465.98 |

## WITHDRAWALS

| | | |
|---|---|---|
| 06/12 | Card Purchase Bawarchi Biryan  5812 Jacksonville  FL 32256    5462 | 27.80 |
| 06/12 | Recurring Card Transaction AT&T  *Payment  4814 800-288-2020  TX 75202    5867 | 69.46 |
| 06/12 | Card Purchase Lowes #00907*   5200 866-483-7521  NC 28697    5867 | 105.82 |
| 06/14 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5462 | 2.41 |
| 06/14 | Hk Paymt       Kidcare Py Feroze Ali | 21.20 |
| 06/14 | PIN Purchase Racetrac0205    5542 Jacksonville FL        5867 | 48.01 |
| 06/14 | PIN Purchase Circle K # 212  5542 Jacksonville FL        5462 | 24.40 |
| 06/15 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5462 | 2.41 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

**For new purchase or refinance mortgage information, contact your**
**Mortgage Loan Originator, Ian MacDonald, NMLS 546443, at (904)824-2138**
**or online at www.regionsmortgage.com/ianmacdonald.**

**For payment and other information about your existing mortgage loan, contact Mortgage**
**Servicing at 1-800-986-2462 and for  Home Equity loans call 1- 800-231-7493.**



**Thank You For Banking With Regions!**
2018 Regions Bank Member FDIC. All loans subject to credit approval.



**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

**ACCOUNT #**   **0118253415**

| | |
|---|---|
| | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 2 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 06/15 | PIN Purchase Patel Brothers  5411 Jacksonville FL      5867 | 18.49 |
| 06/15 | PIN Purchase Winn-Dixie  #  5411 Jacksonville FL      5867 | 20.83 |
| 06/18 | Card Purchase Starbucks Store 5814 Jacksonville  FL 32256    5462 | 2.41 |
| 06/18 | Card Purchase Olive Garden 00  5812 Jacksonville  FL 32256   5462 | 52.72 |
| 06/18 | Card Purchase First Watch 186  5812 Jacksonville  FL 32258   5462 | 46.26 |
| 06/18 | PIN Purchase Kohls 0787 137  5311 Jacksonville FL      5462 | 37.44 |
| 06/18 | PIN Purchase Walgreens Stor  5912 Jacksonville FL      5462 | 8.91 |
| 06/18 | PIN Purchase Walgreens Stor  5912 Jacksonville FL      5462 | 17.48 |
| 06/18 | Card Purchase LA Biotique     7230 800-793-5978  ME 04106    5462 | 13.00 |
| 06/18 | Card Purchase Panera Bread #6  5812 Jacksonville  FL 02215    5867 | 20.53 |
| 06/18 | Card Purchase Wal-Mart #4444  5411 Jacksonville FL      5867 | 35.63 |
| 06/18 | PIN Purchase Bath & Body Wo  5999 Jacksonville FL      5462 | 57.81 |
| 06/18 | Card Purchase Smoothie Shack  5812 Jacksonville  FL 32258   5462 | 4.50 |
| 06/18 | PIN Purchase Victoria S Sec  5621 Jacksonville FL      5462 | 78.62 |
| 06/18 | Card Purchase Sq *Le Crepes  5499 Jacksonville  FL 32256   5462 | 4.82 |
| 06/18 | PIN Purchase Windsor #31 10  5691 Jacksonville FL      5462 | 14.98 |
| 06/18 | Planet Fit     Club Fees Feroze Ali | 10.70 |
| 06/18 | Synchrony Bank   Cc Pymt Feroze J Ali  601921006309227 | 83.00 |
| 06/18 | Directv     Directv Feroze *Ali   7932272 | 209.31 |
| 06/18 | PIN Purchase Wal-Mart #4444  5411 Jacksonville FL      5867 | 26.54 |
| 06/18 | PIN Purchase Winn-Dixie  #  5411 Jacksonville FL      5867 | 16.98 |
| 06/20 | Card Purchase Chipotle 2644  5812 Jacksonville  FL 32258   5462 | 19.43 |
| 06/20 | Primerica01     ACH Deposi Ali    Sa | 50.00 |
| 06/20 | Primerica Life  Ins. Prem Ali,Shabana | 65.51 |
| 06/20 | Geico     Prem Coll Feroze J Ali | 570.06 |
| 06/21 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218   5867 | 11.21 |
| 06/21 | Card Purchase Chilled Flavors  5814 Ponte Vedra  FL 32081   5462 | 7.46 |
| 06/21 | PIN Purchase Ta Jacksonvill  5542 Jacksonville FL      5867 | 48.00 |
| 06/21 | PIN Purchase Gate 1202     5542 Ponte Vedra  FL      5462 | 22.85 |
| 06/21 | PIN Purchase Gate 1202     5541 Ponte Vedra  FL      5462 | 6.29 |
| 06/22 | Card Purchase Jax Cafe    1 5814 Jacksonville  FL 32256   5462 | 7.35 |
| 06/22 | Card Purchase Arbys #7750 Jac  5814 Jacksonville  FL 32218    5867 | 10.90 |
| 06/22 | Card Purchase Teriyaki 1 Ha H  5812 Saint Augusti  FL 32095    5867 | 33.65 |
| 06/25 | Card Purchase Longhorn Steak  5812 Jacksonville  FL 32256   5462 | 30.44 |
| 06/25 | Card Purchase Sq *Preferred O  5499 Jacksonville  FL 32204   5462 | 12.99 |
| 06/25 | Card Purchase Sq *Guanabana J  5814 Jacksonville  FL 32204   5462 | 7.00 |
| 06/25 | Card Purchase Spices Caribbea  5814 Jacksonville  FL 32211   5462 | 32.06 |
| 06/25 | Card Purchase Papa John S #45  5814 904-641-7210  FL 32095    5867 | 30.12 |
| 06/25 | PIN Purchase Ross Stores #7  5310 Jacksonville FL      5462 | 41.90 |
| 06/25 | PIN Purchase Abercrombie &  5691 Jacksonville FL      5462 | 24.82 |
| 06/25 | Card Purchase Kilwins of Jack  5814 Jacksonville  FL 32246   5462 | 10.90 |
| 06/25 | PIN Purchase Trader Joe S #  5411 Jacksonville FL      5462 | 91.45 |
| 06/26 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 9.62 |
| 06/26 | Capital One     Mobile Pmt 8694053953Alif 817639800056332 | 100.00 |
| 06/26 | PIN Purchase Sunshine #3     5542 Jacksonville FL      5867 | 50.02 |
| 06/27 | Card Purchase Panera Bread #6  5812 Jacksonville  FL 32250   5867 | 23.19 |
| 06/27 | PIN Purchase Wal-Mart #4444  5411 Jacksonville FL      5462 | 71.17 |
| 06/28 | Card Purchase Pollo Tropical  5814 Jacksonville  FL 32218   5867 | 12.71 |
| 06/28 | Card Purchase Market Work 206  5814 Renton      WA 98057   5867 | 2.14 |
| 06/28 | Card Purchase Amazon Digital  5818 Amzn.Com/Bill WA 98109   5462 | 8.76 |
| 06/29 | Card Purchase Arbys #7750 Jac  5814 Jacksonville  FL 32218    5867 | 10.90 |
| 06/29 | PIN Purchase Gate 1202     5542 Ponte Vedra  FL      5462 | 20.00 |
| 07/02 | Card Purchase Market Work 206  5814 Renton      WA 98057   5867 | 0.75 |
| 07/02 | Card Purchase Chipotle 2644  5812 Jacksonville  FL 32258   5867 | 20.50 |



**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

ACCOUNT #      0118253415

|  |  |
|---|---|
|  | 092 |
| Cycle | 04 |
| Enclosures | 0 |
| Page | 3 of 5 |

## WITHDRAWALS (CONTINUED)

| Date | Description | Amount |
|---|---|---|
| 07/02 | Card Purchase Jetblue    279  3174 Salt Lake Cty UT 11101    5462 | 247.40 |
| 07/02 | Card Purchase Chipotle 2644   5812 Jacksonville  FL 32258    5462 | 11.03 |
| 07/02 | Card Purchase Dairy Queen #44  5814 Jacksonville  FL 32258    5462 | 7.68 |
| 07/02 | Card Purchase Sq *Congaree An  5499 Jacksonville  FL 32219    5867 | 15.00 |
| 07/02 | Card Purchase First Watch 189  5812 Jacksonville  FL 32202    5867 | 42.28 |
| 07/02 | Card Purchase Stars Caribbean  5812 Jacksonville  FL 32210    5867 | 34.76 |
| 07/02 | PIN Purchase Charming Charl  5631 Jacksonville FL        5462 | 19.26 |
| 07/02 | PIN Purchase Wm Superc Wal-  5411 Jacksonville FL        5867 | 102.49 |
| 07/02 | PIN Purchase Aeropostale #6  5691 Jacksonville FL        5462 | 33.96 |
| 07/02 | Card Purchase Starbucks Store  5814 Jacksonville  FL 32256    5462 | 8.94 |
| 07/02 | PIN Purchase 3532 Forever 2  5621 Jacksonville FL        5462 | 13.05 |
| 07/02 | Card Purchase Sq *Kruylim Pro  5411 Jacksonville  FL 32246    5462 | 10.55 |
| 07/02 | PIN Purchase Apna Bazar 107  5411 Jacksonville FL        5462 | 118.31 |
| 07/02 | PIN Purchase Rowe S Iga II  5411 Jacksonville FL        5462 | 22.87 |
| 07/02 | PIN Purchase Ta Jacksonvill  5542 Jacksonville FL        5867 | 45.00 |
| 07/02 | Primerica01      ACH Deposi Ali        Fe | 25.00 |
| 07/02 | AMEX Epayment      ACH Pmt Shabana Ali | 100.00 |
| 07/02 | ST-Johns-County  Util-Pmnts Vocantas *Ivr  2833304 | 120.10 |
| 07/03 | Card Purchase Boxedb2Bsales  5999 646-669-8979 Ny 10013    5867 | 177.66 |
| 07/03 | PIN Purchase Winn-Dixie  #  5411 Jacksonville FL        5867 | 77.49 |
| 07/05 | Card Purchase Greenberg Denta  8021 Jacksonville  FL 32258    5867 | 75.60 |
| 07/05 | Card Purchase Goodyear Auto #  7538 ST Johns        FL 32259    5867 | 70.65 |
| 07/05 | PIN Purchase Winn-Dixie  #  5411 Jacksonville FL        5867 | 17.43 |
| 07/06 | Fpl Direct Debit Elec Pymt Feroze Ali      8531500232 Webi | 171.73 |
| 07/09 | Card Purchase Moe S SW Grill  5814 Jacksonville  FL 32256    5462 | 8.87 |
| 07/09 | Card Purchase Shell Service  5542 Ponte Vedra Bfl        5867 | 47.01 |
| 07/09 | Card Purchase Bawarchi Biryan  5812 Jacksonville  FL 32256    5867 | 27.80 |
| 07/09 | PIN Purchase New York & Com  5621 Jacksonville FL        5462 | 74.85 |
| 07/09 | PIN Purchase H&m0238        5651 Jacksonville FL        5462 | 47.07 |
| 07/09 | PIN Purchase Wal-Mart #4561  5411 Jacksonville FL        5867 | 17.33 |
| 07/09 | PIN Purchase Gate 1202    5542 Ponte Vedra  FL        5462 | 23.70 |
| 07/09 | PIN Purchase Gate 1202    5541 Ponte Vedra  FL        5462 | 5.50 |
| 07/11 | Card Purchase Dunkin Donuts M  5814 800-447-0013  MA 02021    5867 | 25.00 |
| 07/11 | Card Purchase Zaxby S #15501  5814 Jacksonville  FL 32218    5867 | 9.62 |
| 07/11 | Suntrust Ln 215  Ivr Pymt Shabana Ali    00002156933315 | 302.75 |
| 07/11 | PIN Purchase Walgreens Stor  5912 Jacksonville FL        5462 | 9.49 |
| | Total Withdrawals | $4,713.85 |

| | Total For This Statement Period | Total Calendar Year-to-Date |
|---|---|---|
| Total Overdraft Fees (may include waived fees) | 0.00 | 0.00 |
| Total Returned Item Fees (may include waived fees) | 0.00 | 0.00 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|
| 06/15 | | 200.00 | 06/25 | 656 | 374.46 |
| 06/25 | 655 | 650.00 | 06/25 | 657 | 419.43 |



**Regions Bank**
County RD 210 Office
130 ST Johns Common Road
Jacksonville, FL 32259

FEROZE J ALI
SHABANA ALI
444 MONET AVE
PONTE VEDRA FL 32081-5018

ACCOUNT #      0118253415

| | 092 |
|---|---|
| Cycle | 04 |
| Enclosures | 0 |
| Page | 4 of 5 |

## CHECKS (CONTINUED)

| Date | Check No. | Amount | | Date | Check No. | Amount |
|---|---|---|---|---|---|---|
| 07/06 | 6251 * | 100.00 | | 06/18 | 9423 * | 100.00 |
| | | | | | Total Checks | $1,843.89 |

\* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/12 | 5,509.47 | 06/22 | 5,517.25 | 07/02 | 4,047.24 |
| 06/14 | 5,413.45 | 06/25 | 3,791.68 | 07/03 | 3,792.09 |
| 06/15 | 7,211.60 | 06/26 | 3,632.04 | 07/05 | 3,628.41 |
| 06/18 | 6,369.96 | 06/27 | 3,537.68 | 07/06 | 3,356.68 |
| 06/20 | 5,664.96 | 06/28 | 3,514.07 | 07/09 | 3,104.55 |
| 06/21 | 5,569.15 | 06/29 | 5,046.17 | 07/11 | 3,620.79 |

**EFFECTIVE 6-20-18 THERE IS NO LONGER
A FEE FOR AVAILABLE-FOR-PROCESSING-
TONIGHT MOBILE DEPOSITS ON ACTIVE
ACCOUNTS IN GOOD STANDING.**