ORDERED.

Dated: October 23, 2020

*Jerry A. Funk*
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In Re:

FEROZE JINNAH ALI   Case No. 3:10-bk-00647-JAF
SHABANA SHAHEENEEN ALI

Chapter 11

    Debtors

_____/

### AGREED ORDER RESOLVING AFFIDAVIT OF
### DEFAULT (DOC. 234) RE: 432 MONET AVENUE, PONTE VEDRA, FL 32081

**THIS CASE** is before the court upon the Affidavit of Default (Doc. 234) filed by SN Servicing Corporation ("Creditor") and the Counter-Affidavit in Response to Affidavit of Default (Doc. 236) filed by Debtor. Based on agreement of the parties, the Court finds as follows:

1. Creditor provided a "reinstatement total" to Debtor on September 29, 2020 requesting payment of $35,098.46, which includes monthly payments through September 2020 (the "Reinstatement Amount").

2. Aside from the Reinstatement Amount, Debtor remains obligated to pay ongoing monthly payments as required by Class 4 of the Confirmed Plan.

3. Regular monthly Class 4 Plan payments consist of principal and interest payments of $760.03 plus escrow for taxes and insurance. Currently the monthly escrow payment for taxes and insurance is $385.68, resulting in a total monthly payment of $1,145.71.

Accordingly, it is

**ORDERED:**

1. Debtor shall pay the Reinstatement Amount of $35,098.46 plus the October 1, 2020 payment of $1,145.71 for a total of $36,244.17 by October 31, 2020. Debtor shall provide a tracking number to counsel for Creditor.

2. Payments shall be made to:

**SN SERVICING CORPORATION**
**P.O. BOX 660820**
**DALLAS, TX 75266-0820**

3. As required by the Order Confirming Debtor's Plan of Reorganization (the "Confirmation Order"; Doc. 106), Debtor shall continue to make the Class 4 monthly payments of $1,145.71 commencing with the payment coming due on November 1, 2020 and the first of each month thereafter as required by the Confirmation Order.

4. So long as Debtor makes payments as outlined above, the Parties agree that Debtor shall be current under the Class 4 terms of the Confirmed Plan.

5. In the event Debtor fails to pay as required above, Creditor shall file a notice of default with the bankruptcy court and furnish a copy to Debtor's counsel by e-mail at tjking@planlaw.com. The notice of default shall outline the specific nature of the default.

6.  Creditor may submit a proposed order granting relief from stay and the Court shall grant relief from the stay without further notice or hearing unless Debtor files a counter-affidavit within seven (7) days of the notice of default, with such counter-affidavit contesting the default or evidencing cure of the default.

7.  However, if the case is administratively closed at the time of default, Creditor is not required to file a notice of default with the Court. Creditor shall furnish a copy to Debtor's counsel by e-mail at tjking@planlaw.com. The Debtor shall have ten (10) days to cure such default and/or provide proof of payments. If no response is received within ten (10 Days) of Secured Creditor's Notice, the automatic stay will terminate without further order or hearing by the Court and Creditor may take any actions permitted under applicable non-Bankruptcy law to enforce the obligation due to Creditor.

8.  Moreover, there shall be a maximum of three (3) required Notice of Defaults for future defaults. After the Third Notice of Default, the notice requirements in paragraph Nos. four (4) and five (5) above are no longer required. Upon the fourth default and after three Notices of Defaults under paragraph Nos. four (4) and five (5) above, the automatic stay will terminate without further order or hearing by the Court and Creditor may take any actions permitted under applicable non-Bankruptcy law to enforce the obligation due to Creditor.

REVIEWED and CONSENTED TO on October 22, 2020 by:

/s/ Melbalynn Fisher,  
Melbalynn Fisher, Esq.  
Florida Bar No. 107698  
Ghidotti Berger  
1031 N. Miami Beach Blvd.  
North Miami Beach, FL 33162-3842  
Tel: 305-501-2808  
Fax: 954-780-5578  
Email: mfisher@ghidottiberger.com  

/s/ Taylor J. King  
Taylor J. King Esq.  
Florida Bar No. 72049  
Law Offices of Mickler & Mickler  
5452 Arlington Expressway  
Jacksonville, FL 32211  
904-725-0822  
Fax : 904-725-0855  
Email: tjking@planlaw.com

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Taylor J. King, attests that concurrence in the filing of this paper has been obtained.*

Taylor J. King, Attorney for Debtor, is directed to serve a copy of the Order on interested parties and file a proof of service within three (3) days of entry of the Order.